# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| **LOCATION BASED SERVICES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**JVCKENWOOD USA CORPORATION,**<br><br>Defendant. | CASE NO. 2:18-cv-02462-JLS-KS<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Location Based Services, LLC ("Plaintiff") and Defendant JVCKenwood USA Corporation (collectively, the "Parties"), through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed a joint stipulation of dismissal with prejudice ("Stipulation"). Having considered this Stipulation, and finding that good cause exists, the Court hereby **ORDERS** as follows:

Plaintiff's claims for relief that were asserted against Defendant in this case are hereby dismissed with prejudice. All attorney's fees, costs of court, and expenses shall be borne by the party incurring the same.

SO ORDERED this 10th day of October, 2018.

_____
JOSEPHINE L. STATON
United States District Judge